IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LYN HORTON, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION 1:19-00279-KD-MU-C |
| | ) | |
| BP EXPLORATION & PRODUCTION, | ) | |
| INC., *et al*., | ) | |
|     Defendants. | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised and there having been no objections filed, the Report and Recommendation of the Magistrate Judge dated November 22, 2019 is **ADOPTED** as the opinion of this Court. As such, it is **ORDERED** that this action is **DISMISSED** with prejudice per Fed.R.Civ.P. Rule 41(b) as no other lesser sanction will suffice.

    **DONE** and **ORDERED** this the **20th** day of **December 2019.**

    /s/ Kristi K. DuBose
    **KRISTI K. DuBOSE**
    **CHIEF UNITED STATES DISTRICT JUDGE**